# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Whipple, MaryAnn | U.S. Bankruptcy Court, N.D. OH | 05/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Room 111, U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian | Uniform Gift to Minors Act |
| 2. | Custodian | Uniform Gift to Minors Act |
| 3. | Trustee | Trust |
| 4. | Successor Trustee | Trust |
| 5. | Successor Trustee | Trust |
| 6. | Part Time Faculty Member | University of Toledo College of Law |
| 7. | Executive Committee Member | Morrison R. Waite Chapter, American Inns of Court |
| 8. | Executive Board Member | University of Michigan Club of Greater Toledo |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1991 | State Teachers Retirement System (Ohio); interest in public pension plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, MaryAnn | 05/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | University of Toledo-compensation for teaching fall semester [See Note in Part VIII] | $4,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute (ABI) | 6/7/12 to 6/10/12 | Traverse City, MI | Workshop speaker | workshop registration fee and materials |
| 2. | National Conference of Bankruptcy Judges | 10/24/12 to 10/27/12 | San Diego, CA | Attend Annual Meeting and Conference | conference registration fee and materials |
| 3. | American Bankruptcy Institute (ABI) | 11/12/12 | Detroit, MI | Conference Speaker | conference registration fee and materials |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, MaryAnn | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, MaryAnn | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Huntington National Bank(IRA)(CDs) (Accounts) | A | Interest | M | T | | | | | See Note in Part VIII |
| 2. Merrill Lynch Ready Assets Trust | A | Dividend | J | T | | | | | |
| 3. Blackrock Mid Cap Growth Equity Portfolio Class A | A | Dividend | K | T | | | | | |
| 4. AllianceBernstein International Growth Fund Class A | A | Dividend | J | T | | | | | |
| 5. Nuveen Insured Municipal Opportunity Fund | A | Dividend | J | T | | | | | |
| 6. Blackrock Balanced Capital Fund Class A | A | Dividend | J | T | | | | | |
| 7. MFS Municipal Income Fund A | A | Dividend | J | T | | | | | |
| 8. MFS Global Total Return Fund A | A | Dividend | J | T | | | | | |
| 9. MainStay Large Cap Growth Fund Inv Class | A | Dividend | K | T | | | | | |
| 10. MainStay Common Stock Fund Inv. Class | A | Dividend | K | T | | | | | |
| 11. MainStay ICAP Select EQ Fund Inv. Class | A | Dividend | K | T | | | | | |
| 12. MainStay Growth Equity Fund Inv. Class (IRA) | | None | J | T | | | | | |
| 13. Investment Company of America-A Fund Number 4 | B | Dividend | K | T | | | | | |
| 14. Franklin Equity Income Fund-Class A | A | Dividend | J | T | | | | | |
| 15. UBS Pace Large Company Value Equity Fund Class C | A | Dividend | J | T | | | | | |
| 16. UBS U.S.Equity Opportunity Fund Class C | A | Dividend | K | T | | | | | |
| 17. UBS Pace International Fixed Income Fund Class C | A | Dividend | K | T | | | | | See Note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, MaryAnn | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. UBS U.S. Allocation Fund Class C | | None | J | T | | | | | |
| 19. UBS Cash Fund | A | Dividend | J | T | | | | | |
| 20. Columbus Life Ins. Co. Annuity | C | Interest | L | T | | | | | |
| 21. Vanguard Windsor II Fund (UGMA #2) | A | Dividend | K | T | | | | | |
| 22. Washington Federal Seattle Wash. (CD UGMA #1) | A | Interest | K | T | | | | | |
| 23. Washington Federal Seattle Wash (CD UGMA #2) | A | Interest | K | T | | | | | |
| 24. U.S. Savings Bonds | | None | K | T | | | | | |
| 25. STRS (Ohio) Money Market Account (Ohio public pension) | A | Dividend | J | T | | | | | |
| 26. STRS (Ohio) Russell 1000 Index Fund (Ohio public pension) | A | Dividend | J | T | | | | | |
| 27. PNC Bank (account)(CD) (formerly National City Bank) | A | Interest | L | T | | | | | See Note in Part VIII |
| 28. United Services Federal Credit Union (account) | A | Interest | J | T | | | | | |
| 29. FirstMerit Bank(account) | A | Interest | K | T | | | | | |
| 30. Northwestern Mutual Extra Ordinary Life Policy | A | Dividend | J | T | | | | | |
| 31. Northwestern Mutual 65 Life Policy | A | Dividend | K | T | | | | | |
| 32. New York Life Whole Life Policy | A | Dividend | J | T | | | | | |
| 33. Washington Federal Seattle Wash (money market account)(CD) | A | Interest | M | T | | | | | |
| 34. The Trust Company of Toledo, N.A.(IRA Rollover) | D | Int./Div. | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, MaryAnn | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Vanguard Institutional Index Fund (IRA) | | | | | | | | | |
| 36. --Buffalo Small Cap Fund (IRA) | | | | | | | | | |
| 37. --MFS Int'l New Discovery-1 Fund (IRA) | | | | | | | | | |
| 38. --Vanguard Short Term Federal Bond Fund (IRA) | | | | | | | | | |
| 39. --Northern Institutional Prime Obligations Portfolio (IRA) | | | | | | | | | |
| 40. --Vanguard Intermediate Term Bond Index (IRA) | | | | | | | | | |
| 41. --Harbor International Fund (IRA) | | | | | | | | | |
| 42. --Harbor Bond Fund (IRA) | | | | | | | | | |
| 43. --Fidelity Contrafund (IRA) | | | | | | | | | |
| 44. --Stratton Small- Cap Value Fund (IRA) | | | | | | | | | |
| 45. --Jensen Quality Growth Fund Inv Class (IRA) | | | | | | | | | |
| 46. --Vanguard Dividend Growth-1 (IRA) | | | | | | | | | |
| 47. --Invesco Int'l Growth (IRA) | | | | | | | | | |
| 48. Trust | | | | | | | | | See Note in Part VIII |
| 49. --Massachusetts Mutual Permanent Life Policy (X) | C | Dividend | M | T | | | | | |
| 50. --Northwestern Mutual Whole Life Policy (X) | D | Dividend | M | T | | | | | |
| 51. --Columbus Life Insurance Policy (whole life) (X) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, MaryAnn | 05/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I Notes: As a result of estate planning changes by family members in 2012, the four trusts previously reported in Part I have changed. I previously reported two life insurance trusts, one unfunded and one with only term policies in it. Those trusts have terminated. There is now one life insurance trust for a family member of which I am the trustee. The three whole life insurance policies assigned to Trust [ ] are reported in Part VII [Lines 49-51]. The two unfunded trusts for family members of which I was the trustee previously reported are no longer in existence due to estate planning changes in 2012. I am the designated successor trustee for new Trust [ ] and Trust [ ] However, the trustee for each of Trust [ ] and Trust [ ] was still living at December 31, 2012, so no assets are being reported in Part VII.

[ ] reached the age of majority under the Ohio UGMA statute in 2011. However, the Washington Federal (Seattle Wash) CD reported at Part VII [Line 22] was still maintained in my name as custodian at December 31, 2012.

Chief Judge Alice Batchelder of the United States Court of Appeals for the Sixth Circuit authorized the teaching position at the University of Toledo College of Law on an AO Form 304 dated July 3, 2012.

Part VII Notes: The Huntington National Bank IRA reported at Part VII [Line 1] is invested in a Huntington National Bank CD.

The UBS International Fixed Income Fund Class C reported at Part VII [Line 17] was previously reported as and changed its name from the UBS Global Fixed Income Fund Class C on November 19, 2010.

The PNC Bank CD and account reported at Part VII [Line 27] was previously reported as a National City Bank CD and account. PNC Bank acquired National City Bank effective December 31, 2008, and converted National City Bank accounts to PNC Bank accounts in northern Ohio effective April 12, 2010.

| Name of Person Reporting | Date of Report |
|---|---|
| Whipple, MaryAnn | 05/13/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ MaryAnn Whipple**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544